FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1055-BEN |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| JORGE RENDEROS-AYALA, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about __8/06__, within the Southern District of California, defendant JORGE RENDEROS-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 28, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Northern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

WDK:psd:Imperial
4/2/08

## Count 2

On or about March 6, 2008, within the Southern District of California, defendant JORGE RENDEROS-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 28, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Northern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 3, 2008 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney