FILED
JUL 1 7 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br> JORGE RENDEROS-AYALA, </br></br>　　　　Defendant. | Criminal Case No. 08CR1055 BEN </br></br> **I N F O R M A T I O N** </br> **(Superseding)** </br></br> Title 8, U.S.C., Sec. 1325 - </br> Illegal Entry (Misdemeanor); </br> Title 8, U.S.C., Sec. 1325 - </br> Illegal Entry (Felony) |

　　The United States Attorney charges:

Count 1

　　On or about August, 2006, within the Southern District of California, defendant JORGE RENDEROS-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WDK:psd:San Diego
5/6/08

<u>Count 2</u>

On or about March 6, 2008, within the Southern District of California, defendant JORGE RENDEROS-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7/17/08 .

KAREN P. HEWITT
United States Attorney

*[signature]* for

DOUGLAS KEEHN
Assistant U.S. Attorney