AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JORGE RENDEROS-AYALA | CASE NUMBER: 08CR1055 BEN |

I, <u>JORGE RENDEROS-AYALA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on __7/17/08__ prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY